UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN E. HERBIN,<br><br>                              Plaintiff,<br><br>            -against-<br><br>JUDGE NELSON ROMAN; FEDERAL MARSHALLS; FEDERAL PROBATION; WHITE PLAINS FEDERAL COURTHOUSE,<br><br>                              Defendants. | 21-CV-2740 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 26, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 26, 2021
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge